# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510      Telephone: (212) 317-1200
New York, New York 10165      Facsimile: (212) 317-1620

December 19, 2019

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re:    *Nico Lopez et al v. 3662 Broadway Restaurant Corp. et al*
              *Case No. 19-cv-00975*

Your Honor:

    We represent Plaintiff in the above-referenced matter. We write to advise the Court that, after further consideration, Plaintiff will not be opposing Defendants' request to extend the stay to the corporate Defendants in this case (Doc. No. 24). As such, the status conference tomorrow, Friday December 19, 2019, will no longer be necessary. The parties jointly request that said conference be adjourned sine die. We apologize for the tardiness of this request.

    Thank you for your attention.

                                      Respectfully Submitted,

                                      /s/*Jesse Barton*
                                      Jesse Barton
                                      *Senior Associate*
                                      MICHAEL FAILLACE & ASSOCIATES, P.C.

---

The conference scheduled for December 20, 2019 is adjourned. In light of the plaintiff's consent to the defense's motion to stay the case as to corporate defendants 3662 Broadway Restaurant Corp. and John Doe Corp a/k/a Restaurante la Libertad Corp., Doc. 24, this case is STAYED against all defendants pending the disposition of bankruptcy proceedings concerning defendant Albertico Chavez.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: Dec. 19, 2019
New York, New York

*Certified as a minority-owned business in the State of New York*