UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL ANTONIO NICO LOPEZ, *a/k/a* Jose, *individually and on behalf of others similarly situated*,

            Plaintiff,

– *against* –

3662 BROADWAY RESTAURANT CORP. *d/b/a* Taqueria San Pedro, JOHN DOE CORP. *d/b/a* El Patio Mexicano, *and* ALBERTICO CHAVEZ,

            Defendant.

**ORDER**

19 Civ. 975 (ER)

RAMOS, D.J.:

    On December 19, 2019, this Court stayed this matter during the pendency of Chavez's bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of New York. Since then, no action has occured in this case. Accordingly, the parties are directed to submit a joint status report by November 1, 2020.

It is SO ORDERED.

Dated:   October 2, 2020
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.