UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL ANTONIO NICO LOPEZ, *also known as* JOSE, *individually and on behalf of others similarly situated*,

                Plaintiff,

-against-

3662 BROADWAY RESTAURANT CORP., *doing business as* TAQUERIA SAN PEDRO, JOHN DOE CORP., *doing business as* EL PATIO MEXICANO, *and* ALBERTICO CHAVEZ,

                Defendants.

**ORDER**

19 Civ. 975 (ER)

Ramos, D.J.:

    On December 19, 2019, the Court stayed this matter during the pendency of defendant Albertico Chavez's bankruptcy proceedings in the U.S. Bankruptcy Court for the Southern District of New York. Doc. 26. On October 2, 2020, the Court instructed the parties to submit a joint status report. Doc. 27. On October 30, 2020, the parties reported that the bankruptcy proceeding was still pending. Docs. 28–29. Since then, no action has occurred in this case. Accordingly, the parties are directed to submit a joint status report by October 13, 2022.

    SO ORDERED.

Dated:   October 6, 2022
           New York, New York

                                                Edgardo Ramos, U.S.D.J.