UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL ANTONIO NICO LOPEZ (AKA JOSE), *individually and on behalf of others similarly situated*,<br><br>                              Plaintiff,<br><br>– against –<br><br>3662 BROADWAY RESTAURANT CORP. (D/B/A TAQUERIA SAN PEDRO), JOHN DOE CORP. (D/B/A EL PATIO MEXICANO), and ALBERTICO CHAVEZ,<br><br>                              Defendants. | **ORDER**<br><br>19 Civ. 975 (ER) |

Ramos, D.J.:

Before the Court is the motion of Jesse Barton of CSM LEGAL, P.C. to withdraw as counsel for Plaintiff Joel Nico Lopez pursuant to Local Civil Rule 1.4.  Doc. 36.

Mr. Barton's motion to withdraw is GRANTED.  Plaintiff is directed to report to the Court within three weeks from the date of this Order on whether he intends to pursue his claim. Failure to respond may result in adverse actions, including dismissal for failure to prosecute.

Mr. Barton is directed to mail a copy of this Order to Plaintiff no later than tomorrow, **November 4, 2022**.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.